**Order entered September 26, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00186-CR

**DANNY ARAGONMARQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-12099-U**

## ORDER

Before the Court is appellant's September 22, 2022 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **November 9, 2022**. If appellant fails to file his brief by November 9, 2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE